UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> THE OFFICES AND STORAGE AREAS ) <br> UTILIZED BY STEPHEN P. AMATO, D.C., ) <br> D/B/A DR. STEVEN AMATO, D.C., P.C., ) <br> THE CENTER FOR ALTERNATIVE ) <br> HEALING AND MAINECURES.COM, INC., ) <br> LOCATED AT 17 WATER STREET, ) <br> DAMARISCOTTA, MAINE ) | Docket No. 05-MJ-05-B |

**ORDER**

On July 5, 2005, this Court granted the Government a stay pending appeal that was contingent upon the Government complying with the following deadlines:

[T]he Court ORDERS that before the close of business on July 8, 2005, the Government shall either certify to the Court that it has obtained the necessary authorizations to pursue an appeal of this matter or withdraw its "protective notice of appeal."

If the appeal is withdrawn, the Government shall comply with the Court's June 1, 2005 Order by providing a copy of the redacted affidavit to counsel for Dr. Amato on or before July 11, 2005. If the Government certifies that it intends to pursue its appeal pursuant to the Notice of Appeal that was filed on June 15, 2005, the June 1, 2005 Order shall be stayed pending the outcome of the appeal.

(July 5, 2005 Order (Docket # 44) at 2-3.) The Court established these deadlines because it did not believe that a stay pending appeal should be utilized as a mechanism for delaying the Government's compliance with this Court's June 1, 2005 Order if the Government had not truly decided to pursue an appeal of this matter.

A review of the Government Status Report (Docket # 45), filed on July 8, 2005, indicates that it has not complied with the above deadlines nor has it offered any adequate explanation of its failure to comply or a need for an extension of the above deadlines. Not surprisingly, in response to this Status Report, Dr. Amato filed his Motion for Enforcement of

the Court's Order (Docket # 46). To the extent this Motion seeks disclosure of the redacted search warrant affidavit as originally ordered by this Court on June 1, 2005, the Motion is GRANTED. The Court hereby VACATES its July 5, 2005 Order to the extent it had allowed the Government to forego compliance of the June 1, 2005 Order during the pendency of any appeal of that Order and further ORDERS that the Government comply with the Court's June 1, 2005 Order by providing a copy of the redacted affidavit to counsel for Dr. Amato on or before July 12, 2005.

  SO ORDERED.

                /s/ George Z. Singal
                Chief U.S. District Judge

Dated this 11th day of July 2005.