UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF           )<br>THE OFFICES AND STORAGE AREAS         )<br>UTILIZED BY STEPHEN P. AMATO, D.C.,     )<br>D/B/A DR. STEVEN AMATO, D.C., P.C.,      )<br>THE CENTER FOR ALTERNATIVE              )<br>HEALING AND MAINECURES.COM, INC.,  )<br>LOCATED AT 17 WATER STREET,                )<br>DAMARISCOTTA, MAINE                             )  | Docket No. 05-MJ-05-B |

**ORDER DENYING DR. AMATO'S APPEAL OF THE
DECISION OF THE MAGISTRATE JUDGE**

  Before the Court is Dr. Amato's Appeal of the Redaction Aspects of the Magistrate Judge's Determination of the Motion to Unseal (Docket # 50).  Through this appeal, Dr. Amato challenges the redactions made to the search warrant affidavit pursuant to the Magistrate Judge's Memorandum Decision and Order on Motion to Unseal (Docket # 23) (the "Magistrate Judge's Decision").  Specifically, Dr. Amato argues that the redactions endorsed by the Magistrate Judge were clearly erroneous and that the stated basis for redaction is contrary to law.

  The Court has reviewed and considered the submissions from both sides on this latest appeal, together with the entire record.  First and foremost, the Court finds no basis for concluding that either redactions made by the Magistrate Judge or the stated reasons for the redactions contained in the Magistrate Judge's Decision are clearly erroneous or contrary to law.  To the extent the Court might be required to consider any of the legal issues raised by this appeal under plenary or *de novo* review, the Court notes that even under this more stringent review, the Court concurs with the legal conclusions reached by the Magistrate Judge

for the reasons explained in his well-reasoned Decision (Docket # 23).  In short, having considered the arguments put forth by Dr. Amato, the Court finds Dr. Amato's objections to the redactions are without merit, and, on this basis, DENIES Dr. Amato's appeal.

It is therefore ORDERED that Dr. Amato's Limited Objection (Docket # 50) is hereby DENIED and that the Magistrate Judge's Decision (Docket # 23) is hereby AFFIRMED.  In affirming this decision, the Court reiterates that this ruling is made without prejudice to Dr. Amato's right to move to unseal the remainder of the Trevino Affidavit at a later date should he choose to do so.

SO ORDERED.

        /s/ George Z. Singal
Chief U.S. District Judge

Dated this 15th day of August 2005.